

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00738-CV

**IN RE JJH, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02764
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed a final judgment on September 11, 2018. Therefore, because this is an accelerated appeal, the notice of appeal was due to be filed October 1, 2018. *See* TEX. R. APP. P. 26.1(b). Appellant filed a notice of appeal on October 11, 2018 and a motion for extension of time to file a notice of appeal on October 12, 2018. Because appellant's motion for extension of time to file a notice of appeal offers a reasonable explanation for failing to file the notice of appeal in a timely manner, the motion is GRANTED. *See* TEX. R. APP. P. 10.5(b)(1)(C).

It is further ORDERED that the court reporter file the reporter's record by no later than ten days from the date of this order. Appellant's brief will be due twenty (20) days from the date the reporter's record is filed in this court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court